■ In the Matter of Jane Extrom et al., as the Board of Managers of Legg Hall Condominium, Appellants, v Town of Skaneateles et al., Respondents. (Appeal No. 2.)—Appeal unanimously dismissed as moot, without costs. (Appeal from order of Supreme Court, Onondaga County, Lynch, J.—leave to renew.) Present—Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.